Jack Persky, plaintiff in error, v. Great Northern Finance Company, defendant in error.  Gen. No. 36,535.

Opinion filed October 10, 1933.

Jacob Kosbie, for plaintiff in error.  William McKinley and Paul E. Price, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Ruth V. Jennings, appellee, v. Natalie Ashmenckas, appellant.  Gen. No. 36,579.

Opinion filed October 10, 1933.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel.  Royal W. Irwin, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Jennie Boekholder, appellee, v. The Great Atlantic and Pacific Tea Company, appellant.  Gen. No. 36,588.

Opinion filed October 10, 1933.

Ashcraft & Ashcraft, for appellant; Russell F. Locke, of counsel. Daniel M. Dever and James T. Moore, for appellee; Daniel V. Gallery, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

William Robb, administrator of the estate of John Robb, deceased, appellee, v. Olive A. Leitch, trading as West Suburban Realty Company, appellant.  Gen. No. 36,600.

Opinion filed October 10, 1933.

Olive A. Leitch, for appellant.  Carl A. Bade, for appellee.

Mr. Justice Gridley delivered the opinion of the court.